COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

HENRY B. CULVER, Respondent, v. EDWIN C. GREGORY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

ANNA SHAPIRO, an Infant, by MORRIS SHAPIRO, Her Guardian ad Litem, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

MORRIS SHAPIRO, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARAH SILVER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

FRANK PELOSO, Respondent, v. JOSEPH MARRONE, Appellant.— Order affirmed, with ten·dollars costs and disbursements, on the opinion of Page, J., in *Kennedy v. Cunard Steamship Co., Ltd.* (197 App. Div. 459). Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

CONCETTA PISATURO, as Administratrix, etc., of PETER PISATURO, Deceased, Respondent, v. JOSEPH MARRONE, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Page, J., in *Kennedy* v. *Cunard Steamship Co., Ltd.* (197 App. Div. 459). Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

LOUIS PLASKOWITZ, Appellant, v. SAMUEL WESKER and Another, Respondents. — Order modified by striking out " $25 " as the costs of the action, and inserting instead " $10;" and as so modified affirmed, without costs, on the authority of *Taishoff* v. *Elkema* (171 App. Div. 288, 295) and *Dahm* v. *O'Connell* (179 id. 363), with leave to plaintiff to serve an amended complaint upon payment of the costs stated in the order appealed from as so modified. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

G. ARNOLD MOSES, Appellant, v. FRANK B. LOWN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

THE NORTH RIVER INSURANCE COMPANY, Appellant, v. CUBAN COMMERCIAL AND INDUSTRIAL COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

BERNARD NOONAN, Appellant, v. SUSIE C. MOTT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. ALBERT I. SIRE, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

VINCENZA CARAVELLO, Respondent, v. JULIUS BERG and Another, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $8,150.95; in which event the judgment as so modified and the